UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff

vs.

TODD DILLEY

Defendant

JUDGE CHRISTOPHER A. BOYKO

CASE NO. 1:06CR363-002

RESTITUTION ORDER FOR
WITHHOLDING    OF O.P.E.R.S
FUNDS PURSUANT TO R.C.
2921.41(C(2)(b)

On August 23, 2006, the Defendant executed a Plea Agreement wherein he agreed to plead

guilty to one count of Conspiracy to Commit Mail Fraud in violation of 18 U.S.C §371, one count

of Hobbs Act Extortion in violation of 18 U.S.C. §1951 and one count of Mail Fraud in violation of

18 U.S.C. §1341. Within that Agreement, Defendant agreed "that any restitution owed to the City

of Mansfield as a result of this plea may be withheld from Defendant's retirement benefit on deposit

with the Ohio Public Employees Retirement System. Defendant agrees that, pursuant to Ohio Rev.

Code §2921.41(C)(2)(b), PERS may forward the amount of restitution owed pursuant to the

judgment entered in this case to the Clerk of Courts."

On November 21, 2006, the Defendant plead guilty to the herein stated charges and as a part

of the sentence rendered by this Court, the Defendant was ordered to pay restitution to the City of

Mansfield in the of amount of $69, 855.21, jointly and severally with two other co-defendants. Since

the time of Defendant's sentencing, the City has received the sum of $46,090.02 toward the payment

of Defendant's joint restitution obligation, leaving an unpaid balance of $23,764.49.

Therefore, in accordance with the Plea Agreement entered into by the Defendant, it is the

order of this Court that pursuant to Ohio Rev. Code §2921.41, the Ohio Public Employees

Retirement System shall withhold $23,764.49 from the participant account of Todd S. Dilley [SSN: ████-6016] and pay such amount to the Clerk of Court for the United States District Court for the Northern District of Ohio, Carl B. Stokes Federal Courthouse, 801 W. Superior Avenue, Cleveland, Ohio 44113.

      SO ORDERED.

Christopher A. Boyko
United States District Judge

**FILED**

FEB    2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

